IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILBERTO BELARDO,**<br><br>         Petitioner,<br><br>  v.<br><br>**KIM HOLLAND, Warden,**<br><br>         Respondent. | Case No. C 14-02496 YGR (PR)<br><br>~~[PROPOSED]~~ ORDER |

  Good cause appearing, respondent may have until **November 24, 2014**, in which to file a response to the order to show cause. Petitioner may file a traverse **sixty (60) days** after receipt of the answer or response.

Dated: October 3, 2014

              _____
              The Honorable Yvonne Gonzalez Rogers
              United States District Court Judge

1